DOMESTIC LAUNDRY EQUIPMENT CORPORATION, Appellant, v. KENMORE TRADING CORPORATION, Respondent.— Judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MINNIE EARLE, Respondent, v. HENRY HULL, Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to abide the event. We think that the question as to the ownership of the car should have been submitted to the jury. The plaintiff and her husband were interested witnesses and their credibility was a question for the jury. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

ALFRED EKELMAN, Respondent, v. GERARDO MARANO and Another, Defendants. G. MARANO REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ARON ELLMAN and ISIDOR FISHMAN, Appellants, v. M. E. G. REALTY CORPORATION, Respondent.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Seeger, J., dissents upon the ground that that clause of the party wall agreement, in the event of a user by the vendee, places upon him an undue burden sufficient to release him from the contract.

FOX, REYNOLDS CO., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order granting plaintiff's motion for partial summary judgment in the sum of three thousand, three hundred and fifty dollars, and the judgment entered thereon, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the answer and affidavits show that there are issues of fact involved which may be disposed of only upon a trial. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

JOSE GARCIA, Appellant, v. COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE and THE BROOKLYN SCALING COMPANY, Respondents.— Order and judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event. The evidence was sufficient to warrant the submission of the case to the jury upon the question whether defendants furnished to plaintiff a reasonably safe place to work and reasonably safe equipment and appliances. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

ANGELO GIBALDI and FRANK GIBALDI, as Coadministrators, etc., of SALVATORE GIBALDI, Deceased, Respondents, v. JOSEPH MAURO and "SALVATORE" BALESTRIERI, etc., Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. In so far as concerns this record, the reference upon the trial to the " Jones Act " was harmless, no negligence of a fellow-servant being claimed, and no contributory negligence being found. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.